**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                       Plaintiff,

        - against -

MAD TASTY, LLC,

                      Defendants.
-------------------------------------------------------------X

Case No.   1:22-cv-1416-WFK-VMS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Mad Tasty, LLC.

Dated:  Scarsdale, New York
           August 8, 2022

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                               By: /s/Dan Shaked
                                     Dan Shaked, Esq.
                                     14 Harwood Court, Suite 415
                                     Scarsdale, NY 10583
                                     Tel. (917) 373-9128
                                     e-mail: ShakedLawGroup@Gmail.com

                                            **SO ORDERED.**

                                            **s/ WFK**

Dated: August 8, 2022
       Brooklyn, New York
                                         HON. WILLIAM F. KUNTZ, II
                                         UNITED STATES DISTRICT JUDGE